**LUGUS IP LLC, Plaintiff–Appellant**

v.

**VOLVO CAR CORPORATION, Volvo Cars of North America LLC, Defendants–Appellees.**

No. 2014–1743.

United States Court of Appeals, Federal Circuit.

May 15, 2015.

John Robert Fuisz, The Fuisz–Kundu Group LLP, Washington, DC, argued for plaintiff-appellant. Also represented by Sudip Kumar Kundu.

Matthew J. Moore, Latham & Watkins LLP, Washington, DC, argued for defendants-appellees. Also represented by Gabriel Bell, Jonathan D. Link, Robert J.

Gajarsa; Arnold B. Calmann, Saiber LLC, Newark, NJ.

REYNA, SCHALL, and HUGHES, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.